**Tomas A. Guterres, Esq. (State Bar No. 152729)**
**Nicole Davis Tinkham, Esq. (State Bar No. 229592)**
**Alexander M. Brand, Esq. (State Bar No. 305748)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**tguterres@ccmslaw.com; ndavis@ccmslaw.com; abrand@ccmslaw.com**

JS-6

Attorneys for Defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LAURA RAMIREZ, JEFF ENFIELD, and ROBBY M. IBEHE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD HILLS NELSON,<br><br>         Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPT, LAURA RAMIREZ, JEFF ENFIELD, ROBBY M. IBEHE, DOE(S) NO. 1-10,<br><br>         Defendants. | CASE NO. 2:13-CV-05703-AB (JPRx)<br>*[Assigned to the Hon. André Birotte Jr., Courtroom 4]*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Complaint Filed:**   08/07/13<br><br>**Trial Date:**           None |

IT IS HEREBY ORDERED that the complaint of Plaintiff, Floyd Hills Nelson, U.S. District Court Case No. 2:13-CV-05703-AB (JPRx), is hereby dismissed with prejudice as to all defendants; and the U.S. District Court will maintain jurisdiction.

Dated: July 18, 2016        _____
                                          HONORABLE ANDRÉ BIROTTE JR.
                                          UNITED STATES DISTRICT COURT JUDGE

17944.1

1

**[PROPOSED] ORDER RE JOINT STIP. FOR DISMISSAL W/PREJUDICE**